UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   CR. NO.08-213 (JDB) |
| KENYA T. YOKLEY | : |

### NOTICE OF APPEARANCE

The Clerk will please note the appearance of Edward C. Sussman, as counsel for the defendant in this matter.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Edward C. Sussman No. 174623
　　　　　　　　　　　　　　　Suite 900 South Building
　　　　　　　　　　　　　　　601 Pennsylvania Avenue N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　(202) 737-7110

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served on all interested parties on this 25th day of July, 2008 day of July, 2008 by electronic filing.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Edward C. Sussman