U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**

JUL 24 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

V.  :   Case No.   08-213 (JDB)

KENYA TOWNSENDS YOKLEY  :

:

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __24th__ day of __July__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __August 13, 2008 at 7:00 a.m.__ by __RYAN PETRASEK - USSS__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __RYAN PETRASEK - USSS__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-80

DEFENSE COUNSEL