UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| NAIBEYE KOUMBAIRIA, AKA BEE, : | |
| AKA NATBEYE KOUMBAIRIA, AKA : | |
| BRIAN COUILABLY, : | |
| AKA NAIBEYE KOOMBAIRIA, : | |
| AKA BRI COUILBALY, : | CRIMINAL NO. 08-213(JDB) |
| AKA NAIBEYE EMMANUEL : | |
| KOUMBAIRIA; : | |
| WILLIAM K. GLAY; : | |
| EDWIN T. TANTOH, AKA : | |
| HOLYFIELD; : | |
| MELVIN C. JOHNSON, AKA ERIC : | |
| SULLIVAN, AKA MALIK JOHNSON; : | |
| CARL I. COLEMAN & : | |
| KENYA T. YOKLEY : | |
| : | |
| Defendants. : | |

NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that by this filing that Assistant United States Attorney John W. Borchert (Bar Number 472824) enters his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
JOHN W. BORCHERT (No. 472824)
Assistant United States Attorney
555 4th Street, N.W., Room 5840
Washington, DC 20530
(202) 353-2442

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I caused a copy of the foregoing to be served by first class mail upon the following:

John O. Iweanoge, II, Esquire
Iweanoge Law Center
1026 Monroe Street, N.E.
Washington, D.C. 20017

*Counsel for Naibeye Koumbairia*

Dwight E. Crawley, Esquire
1655 North Ft. Meyer Drive
Suite 700
Arlington, VA 22209

*Counsel for Melvin C. Johnson*

Pleasant S. Brodnax, Esquire
1701 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006

*Counsel for William Glay*

Diane Lepley, Esquire
400 7th Street, N.W.
Suite 400
Washington, D.C. 20004

*Counsel for Carl I. Coleman*

Rudy Acree, Esquire
1211 Connecticut Avenue, N.W.
Suite 303
Washington, D.C. 20036

*Counsel for Edwin T. Tantoh*

Edward C. Sussman, Esquire
601 Pennsylvania Avenue, N.W. #900
South Building
Washington, D.C. 20004

*Counsel for Kenya T. Yoakley*


_____
JOHN W. BORCHERT
Assistant United States Attorney