UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAIBEYE KOUMBAIRIA, et al.,<br><br>Defendant. | Criminal Action No. 08-213 (JDB) |

**FILED**
AUG 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

At the status hearing held on August 13, 2008, the government, with the agreement of defense counsel, asked the Court to make a finding that this case is "complex" within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii). Based on the representations of counsel and the entire record in this case, the Court has determined that this case is unusually complex due to the number of defendants and the nature of the prosecution. The indictment charges six defendants with a sophisticated bank and wire fraud conspiracy spanning eight years and involving over ten different banks and other financial and retail establishments. Defendants also are charged with the substantive offenses of bank fraud, wire fraud, and uttering the securities of a private entity, collectively involving well over 100 counterfeit documents. All counsel anticipate that the case will require review of voluminous documents and substantial pretrial motions.

Hence, the Court enters this finding that this case is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by section 3161, and that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(8)(B)(ii).

The next status hearing in this matter is scheduled for October 3, 2008, and the time for speedy trial has, by separate orders, been excluded for each defendant up to an including that date. The Court anticipates that, at future status hearings, this Order will provide the basis for excluding any future periods granted to defendants and their counsel for pretrial and trial preparation, and thus enters this finding on the record.[1]

Accordingly, it is hereby

**ORDERED** that this case is designated complex under 18 U.S.C. § 3161(h)(8)(B)(ii). Future speedy trial exclusions will cross-reference this Order

/s/
JOHN D. BATES
United States District Judge

Date: August 19, 2008

---

[1] The Court will assess the reasonableness of delays and continuances as the case develops. The Court anticipates that it will cross-reference this finding in future speedy trial orders.